# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2017

155758 & (41)(43)(45)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

LANCE ADAM GOLDMAN,
        Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
        Defendant-Appellee.

SC: 155758
COA: 337156

_____/

      On order of the Court, the application for leave to appeal the April 24, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for emergency consideration, to supplement the complaint, and expand the record are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2017



Clerk

p0925